# PD-0500-15 THRU PD-0505-15

NO 05-14-00978CR

In The
Court of Criminal Appeals
Austin, Texas

Nicholas Amos

v

The State of Texas

From Appeal No. 05-14-00978CR
Trial Cause No. F-1341905-U

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

RECEIVED
Court of Appeals
APR 22 2015
Lisa Matz
Clerk, 5th District

FILED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

To the Honorable Judges of the Court of Criminal Appeals:

Comes now, Nicholas Amos, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition For Discretionary Review. In support of this motion, appealant shows the court the following:

I.

The Petitioner was convicted in the 291st District Court of Dallas County, Texas of the offense of Fraudulent use or Possession of identifying information of an Elderly Person in Cause No 05-14-00978CR, styled State of Texas vs. Nicholas Amos. The Petitioner appealed to the Court of Appeals, 5th Supreme Judicial District The case was affirmed on March 31, 2015.

II.

The Present deadline for filing the Petition for Discretionary Review is April 30, 2015. the Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Courts of Appeals in affirming his case until April 13, 2015. Since that time, Petitioner has been attempting to obtain legal representation in this matter. The attorney on record for the appeal, Allen Fishburn, has informed Petitoner that he will not represent the petitioner on the Petition for Discretionary Review.

Wherefore, Petitioner Prays This Court Grant This Motion And Extend The Deadline For Filing The Petition For Discretionary Review in Case No 05-14-00978CR to June 30, 2015.

Nicholas Amos
Petitioner, Pro Se
Texas Department of
Criminal Justice
Clements Unit
TDCJ-ID# 1932817
Amarillo, Texas 79107

## Certificate of Service

I certify that a true and correct copy of the above and foregoing first Motion For Extension Of Time to file a Petition for Discretionary Review, has been Forwaded by U.S. Mail, Postage Prepaid, First Class, to the Attorney for State Michael R. Casillas, at 133 N Riverfront Blvd. LB19 Dalls, TX 75207-4399, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 20th day of April, 2015.

Petitioner, Pro Se

I, Nicholas Amos, TDCJ# 1932817, being presently incarcerated in the Bill Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.  Executed on this the 20th day of April, 2015.

TDCU# 1932817